IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**SOI QUAY HOANG,**

**Plaintiff,**

**v.**

**WORLDWIDE ASSET PURCHASING, LLC**
**and FREEDMAN, ANSELMO, LINDBERG**
**& RAPPE, LLC,**

**Defendant.**                                                  No. 09-185-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court are two requests to delay entry of judgment filed by both Plaintiff (Doc. 30) and Defendants (Doc. 31). Plaintiff's motion states that the Plaintiff Soi Quay Hoang has passed away and that her counsel is seeking to be named personal representative of her estate in the probate court in order to sign the settlement agreement reached by the parties. Plaintiff's counsel requests that judgment be delayed until such time as the parties can reach an amicable solution. Defendants argue in their motion that although Plaintiff's counsel has informed them of Plaintiff's death, there is some confusion as to when Plaintiff actually died and that her death might have occurred before the settlement agreement was reached. Defendants also request that the Court delay the entering of judgment for an additional sixty (60) days so that they may determine when Plaintiff died and whether there is an enforceable settlement agreement given Plaintiff's passing. Defendants also request that this Court order Plaintiff's counsel to turn over a copy of the death

certificate so that the actual date of death can be determined.

Based on the reasons in the motion, the Court **GRANTS** both requests to delay entry of judgment (Docs. 30 & 31). The parties will have an additional sixty (60) days in which to sort out their issues and determine the date of Plaintiff's death. Further, Plaintiff's counsel is **ORDERED** to provide a copy of Plaintiff's death certificate so that it may be determined on what date Plaintiff actually died.

**IT IS SO ORDERED.**

Signed this 17th day of March, 2010.

/s/  David R Herndon

**Chief Judge
United States District Court**